IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

        Petitioner,               No. CIV S-07-1843 GEB GGH P

   vs.

WALKER, et al.,

        Respondents.         <u>ORDER</u>

       /

       Respondent filed a motion to dismiss the instant petition as barred by the AEDPA statute of limitations, on January 16, 2008. On February 22, 2008, petitioner filed a motion entitled "motion for extension of time and motion of [sic] opposition to respondent's motion to dismiss, and motion to stay and amend petition." The court's review of that request indicates that petitioner has made an effort to include some substantive argument opposing the motion. On February 25, 2008, petitioner filed a motion to withdraw his request for an extension of time and his motion to stay and amend the petition. Petitioner attaches thereto a copy of writ denial by the state supreme court dated February 13, 2008, stating that the writ denial shows both exhaustion of his state court remedies and that he has met the one-year time limitations.

\\\\\

\\\\\

1  The court will grant petitioner's motion to withdraw his February 22, 2008
2  requests with the exception that the undersigned will permit petitioner an extension of time to file
3  any supplemental opposition to respondent's pending motion.
4  Accordingly, IT IS HEREBY ORDERED that:
5  1. Petitioner's February 25, 2008(#11) motion to withdraw his February 22, 2008
6  (#10) motion for stay, extension of time, and to amend is granted with the exception that the
7  court grants petitioner an additional twenty (20) days to file any supplemental opposition to the
8  pending motion to dismiss;
9  2. There will be no further extensions of time; and
10 3. Upon filing of any timely supplemental opposition, pursuant to this order, or
11 expiration of time therefore, respondent will have seven days to file any reply, after which this
12 matter will be deemed submitted

DATED: 03/25/08

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
yoni1843.111