1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JASON DAVID YONAI,

12              Petitioner,                    2:07-cv-1843-GEB-GGH-P

13         vs.

14   WALKER, et al.,

15              Respondents.              ORDER

16   _____/

17              Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20              On July 29, 2008, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within twenty days.  Petitioner has filed

23   objections to the findings and recommendations.

24              In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

26   file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed July 29, 2008, are adopted in full; and

2.  Respondent's motion to dismiss the petition as barred by the statute of limitations, filed on January 16, 2008 (#9), is granted and this case is closed.

Dated:  August 26, 2008

GARLAND E. BURRELL, JR.
United States District Judge

2